# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN PERRY,  </br>  Plaintiff,  </br> v.  </br> MONARCH RECOVERY MANAGEMENT, INC.,  </br> Defendant. | Case No.: 2:10-cv-05767  </br>  </br> **(Unlawful Debt Collection Practices)** |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.


 /s/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID: 57100
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21th day of January 2011, that a copy of the aforegoing Notice of Voluntary Dismissal was e-filed and sent by regular mail to:

Andrew Schwartz, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
1845 Walnut St., 17th Fl.
Philadelphia, PA 19103

      /s/ Craig Thor Kimmel
Attorney for Plaintiff
Craig Thor Kmmel, Esquire
Attorney ID: 57100
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002